UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, | Case No. 5:25-cv-02997-JLS-JDE |
| Petitioner, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| FERETA SEMAIA, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative Petition for Writ of Habeas Corpus (Dkt. 2, "Petition") filed by John Doe ("Petitioner"), the Return to the Petition (Dkt. 27), Petitioner's Traverse (Dkt. 32), and the Report and Recommendation of the United States Magistrate Judge (Dkt. 35, "Report"). As no party filed a timely objection to the Report, the Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED THAT the Judgment shall be entered: (1) granting the Petition on Petitioner's claims that his detention without a bond hearing violates 8 U.S.C. § 1226(a) and the Due Process Clause of the Fifth Amendment; (2) enjoining Respondents from re-detaining Petitioner

unless Petitioner is provided a bond hearing before a neutral decisionmaker who shall determine whether he is a flight risk or danger to the community; and (3) dismissing the remaining claims in the Petition without prejudice as moot based on the foregoing relief.

Dated:   April 24, 2026

_____
JOSEPHINE L. STATON
United States District Judge