UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, | Case No. 5:25-cv-02997-JLS-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| FERETA SEMAIA, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that:

1. The Petition is granted on Petitioner's claims that his detention without a bond hearing violates 8 U.S.C. § 1226(a) and the Due Process Clause of the Fifth Amendment;

2. Respondents are ENJOINED from re-detaining Petitioner unless Petitioner is provided a bond hearing before a neutral decisionmaker who shall determine whether he is a flight risk or danger to the community; and

3. the remaining claims in the Petition are dismissed without prejudice.

Dated: ___April 24, 2026___          _____

JOSEPHINE L. STATON
United States District Judge

2